Bradley J. Nash
Partner

212 612-0684
bnash@schlamstone.com

**SCHLAM STONE & DOLAN LLP**

26 Broadway, New York, NY 10004
Main: 212 344-5400   Fax: 212 344-7677
schlamstone.com

January 17, 2019

BY ECF AND EMAIL
Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Indig, et al. v. Village of Pomona, et al.*, 7:18-cv-10204-VB

Dear Judge Broderick:

This firm represents Plaintiffs in the above-referenced action.  As discussed with Your Honor's courtroom deputy, I write with the consent of opposing counsel to request an adjournment of the initial conference in this matter, which is currently scheduled for January 18, 2019 at 10:00 a.m.  This adjournment is required because my law partner is currently hospitalized with an injury after a fall, which has required some adjustments to my schedule.  This is the first request for such an adjournment.

We thank the Court for its attention to this matter.

Respectfully,

*/s/ Bradley J. Nash*

Bradley J. Nash

cc: Christopher Riley, Esq. (by ECF)