UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
=================================================X
SAMUEL INDIG, MEIR KAHANA, and ROBERT
KLEIN

Plaintiffs,

      -against-

**NOTICE OF MOTION TO
DISQUALIFY COUNSEL**

**Case No.: 18-cv-10204**

THE VILLAGE OF POMONA, BRETT YAGEL,
LOUIS ZUMMO, LEON HARRIS, and DORIS
ULMAN

Defendants.
=================================================X

**PLEASE TAKE NOTICE** that, upon the Declaration of Louis Zummo dated February 21, 2019 and t5he Declaration of Christopher Riley dated February 25, 2019 and the accompanying memorandum of law, Defendants Village of Pomona, Brett Yagel, Louis Zummo, Leon Harris, and Doris Ulman will move this Court at The Hon. Charles L. Brient Jr. Federal Building and United States Courthouse, Room 620, 300 Quarropas Street, White Plains, NY as soon as counsel may be heard for an order:

    1) Disqualifying plaintiffs' counsel Schlam Stone & Dolan, LLP, attorneys for plaintiffs herein; and

    2) Such other and further relief as this Court may deem just, proper and equitable.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1, any opposition to this motion is due on or before March 12, 2019, and any reply papers in further support thereof are due on or before March 19,2019.

Dated: White Plains, New York
      February 26, 2019

Yours, etc.

**CHRISTOPHER RILEY**
Attorney for Defendants Village of Pomona, Brett
 Yagel, Louis Zummo, Leon Harris and Doris Ulman
12 Water Street, Suite 402
White Plains, NY  10601
914/428-4010
**Fax No (914) 948-4177**
Rileyc1@optonline.net


TO: (BY ECF filing)
     Schlam Stone & Dolan, LLP