

# Division of Human Rights

**ANDREW M. CUOMO**
Governor

**HELEN DIANE FOSTER**
Commissioner

August 8, 2018

Re: Noreen Shea v. Village of Pomona
Case No.   10190879

To the Parties Listed Below:

Enclosed please find a copy of my proposed Recommended Order dismissing the complaint, which complainant requests and to which the respondent does not object. The Recommended Order will be submitted to the Commissioner for consideration as a Final Order.

Very truly yours,

Joshua Levin
Administrative Law Judge

TO:

<u>Complainant</u>
Noreen Shea
4 Chimney Corner Road
New Windsor, NY 12553

<u>Complainant Attorney</u>
Michael H. Sussman, Esq.
Sussman & Watkins
1 Railroad Avenue, Suite 3
P.O. Box 1005
Goshen, NY 10924

<u>Respondent</u>
Village of Pomona
100 Ladentown Road
Pomona, NY 10970

<u>Respondent Attorney</u>
William P. Harrington, Esq.
Bleakley Platt & Schmidt, LLP
One North Lexington Avenue, 7th Floor
White Plains, NY 10601

<u>State Division of Human Rights</u>
Robert Goldstein, Director of Prosecutions
Lilliana Estrella-Castillo, Chief Administrative Law Judge
Joshua Levin, Administrative Law Judge
Michael Swirsky, Litigation and Appeals
Caroline J. Downey, General Counsel
Melissa Franco, Deputy Commissioner for Enforcement
Peter G. Buchenholz, Adjudication Counsel
Matthew Menes, Adjudication Counsel



**Division of Human Rights**

NEW YORK STATE
DIVISION OF HUMAN RIGHTS

| | |
|---|---|
| NEW YORK STATE DIVISION OF HUMAN RIGHTS<br>on the Complaint of<br><br>**NOREEN SHEA,**<br>        Complainant,<br>v.<br><br>**VILLAGE OF POMONA,**<br>        Respondent. | **RECOMMENDED ORDER OF DISMISSAL FOR ADMINISTRATIVE CONVENIENCE**<br><br>Case No. **10190879** |

Federal Charge No. 16GB800346

## PROCEEDINGS IN THE CASE

On November 3, 2017, Complainant filed a verified complaint with the New York State Division of Human Rights ("Division"), charging Respondent with unlawful discriminatory practices relating to employment in violation of N.Y. Exec. Law, art. 15 ("Human Rights Law").

After investigation, the Division found that it had jurisdiction over the complaint and that probable cause existed to believe that Respondent had engaged in unlawful discriminatory practices. The Division thereupon referred the case to public hearing.

The case was assigned to Joshua Levin, an Administrative Law Judge ("ALJ") of the Division.

By notice of appearance dated July 19, 2018, Michael H. Sussman, Esq., appeared as counsel for Complainant and, by letter of same date, requested that the Division dismiss the complaint for administrative convenience so Complainant could pursue her complaint in federal court.

By letter dated July 23, 2018, the presiding ALJ asked Respondent to notify him within ten days whether Respondent objected to Complainant's request to dismiss the complaint.

By letter dated August 6, 2018, William P. Harrington, Esq. of Bleakley Platt & Schmidt, LLP, appeared for Respondent and stated that Respondent had no objections to the dismissal for administrative convenience.

Pursuant to Section 297.3(c) of the Human Rights Law, the complaint should be dismissed on the grounds of administrative convenience. The Complainant intends to pursue federal remedies in court, in which forum all the issues concerning the question of discrimination charged can be resolved.

ORDERED, that the case be dismissed for administrative convenience.

Dated: August 8, 2018
       Bronx, New York

Joshua Levin
Administrative Law Judge