Bradley J. Nash
Partner

212 612-0684
bnash@schlamstone.com

**SCHLAM STONE & DOLAN LLP**

26 Broadway, New York, NY 10004
Main: 212 344-5400   Fax: 212 344-7677
schlamstone.com

March 4, 2019

<u>BY ECF AND EMAIL</u>
Hon. Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re:   <u>Indig, et al. v. Village of Pomona, et al.</u>, 7:18-cv-10204-VB

Dear Judge Briccetti:

This firm represents the plaintiffs in the above-referenced action. I write with the consent of defendants' counsel to seek the Court's approval of (1) an agreed briefing schedule for defendants' motion to disqualify counsel (the "Motion"), which is currently returnable on March 19, 2019; and (2) a two-week extension of the deadline to seek leave to amend the complaint or add additional parties.

As to the Motion, the parties have agreed that the opposition will be filed by March 26 and the reply will be filed by April 9.

Separately, Plaintiffs request (with defendants' consent) a two-week extension of the deadline for adding parties or amending the complaint from March 4 to March 18. This is the first request to extend this deadline, and the extension will not affect any other scheduled deadlines in the existing Discovery Plan and Scheduling Order.

We thank the Court for its attention to this matter.

Respectfully,

*[signature]*

Bradley J. Nash

cc: Christopher Riley, Esq. (by ECF)