Bradley J. Nash
Partner

212 612-0684
bnash@schlamstone.com

**SCHLAM STONE & DOLAN LLP**

26 Broadway, New York, NY 10004
Main: 212 344-5400   Fax: 212 344-7677
schlamstone.com

March 18, 2019

BY ECF AND EMAIL
Hon. Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re:   *Indig, et al. v. Village of Pomona, et al.*, 7:18-cv-10204-VB

Dear Judge Briccetti:

This firm represents the plaintiffs in the above-referenced action.

I write to request the Court's approval of a one-week extension of the deadline for plaintiffs to seek leave to amend the complaint or add additional parties (from March 18 to March 25).  The Court approved one previous adjournment of this deadline. Defendants' counsel consents to this request, which will not affect any other scheduled deadlines in the existing Discovery Plan and Scheduling Order.

We thank the Court for its attention to this matter.


Respectfully,

*/s/ Bradley J. Nash*

Bradley J. Nash


cc: Christopher Riley, Esq. (by ECF)