UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMUEL INDIG, MEIR KAHANA, and ROBERT KLEIN,<br><br>*Plaintiffs*,<br><br>-against-<br><br>THE VILLAGE OF POMONA, BRETT YAGEL, LOUIS ZUMMO, LEON HARRIS, and DORIS ULMAN,<br><br>*Defendants*. | Case No.: 18-cv-10204 (VB)<br><br>**<u>NOTICE OF MOTION TO AMEND COMPLAINT</u>** |

**PLEASE TAKE NOTICE THAT**, upon the annexed declaration of Bradley J. Nash, Esq., and the exhibits attached thereto, the accompanying memorandum of law, and all prior proceeding had herein, Plaintiffs Samuel Indig, Meir Kahana, and Robert Klein, will move this Court before the Honorable Vincent L. Briccetti at the Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, NY 10601, Courtroom 620, as soon as counsel may be heard, for an order pursuant to Federal Rule of Civil Procedure 15(a)(2) granting Plaintiffs leave to file an Amended Complaint, and for such other relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Local Civil Rule 6.1, any opposition to this motion shall be filed on or before April 8, 2019, and any reply shall be filed on or before April 15, 2019.

Dated: March 25, 2019
      New York, New York

           **Respectfully submitted,**

           **SCHLAM STONE & DOLAN LLP**

           _____
           Bradley J. Nash
           Samuel L. Butt
           26 Broadway
           New York, New York 10004
           Telephone No.: (212) 344-5400
           Fax No.: (212) 344-7677
           bnash@schlamstone.com
           sbutt@schlamstone.com

           *Attorneys for Plaintiffs Samuel Indig,*
           *Meir Kahana, and Robert Klein*