UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMUEL INDIG, MEIR KAHANA, and ROBERT KLEIN,<br><br>*Plaintiffs*,<br><br>-against-<br><br>THE VILLAGE OF POMONA, BRETT YAGEL, LOUIS ZUMMO, LEON HARRIS, and DORIS ULMAN,<br><br>*Defendants*. | Case No.: 18-cv-10204 (VB)<br><br>**DECLARATION OF BRADLEY J. NASH IN SUPPORT OF PLAINTIFS' MOTION TO AMEND COMPLAINT** |

Pursuant to 28 U.S.C. § 1746, Bradley J. Nash, declares the following to be true under penalty of perjury:

1. I am an attorney duly licensed to practice before this Court and am counsel for the Plaintiffs in the above-captioned matter.

2. I make this declaration in support of Plaintiffs' motion for leave to amend the complaint, pursuant to Fed. R. Civ. P. 15(a)(2).

3. Attached hereto as Exhibit A is a true and correct copy of Plaintiffs' Proposed Amended Complaint.

4. Attached hereto as Exhibit B is a redline showing the changes in the Proposed Amended Complaint as compared to the initial Complaint.

Dated: March 25, 2019
New York, New York

_____
**BRADLEY J. NASH**

1