# Exhibit 2

| | |
|---|---|
| **From:** | Glenn Jones |
| **To:** | Bradley J. Nash |
| **Subject:** | Re: Sunday Call |
| **Date:** | Wednesday, September 12, 2018 6:59:14 PM |

Hi Brad,

My client is confirmed for 2:30pm tomorrow.  Please send me the address where the meeting will take place.

Thanks,
Glenn

> On Sep 11, 2018, at 8:57 PM, Bradley J. Nash <bnash@schlamstone.com> wrote:
>
> Hi Glenn,
>
> Just coming back online and checking in to see about the meeting.  Is there a time tomorrow that works?  Thanks.
>
> Sent from my iPhone
>
>> On Sep 7, 2018, at 11:08 PM, Glenn Jones <gjones@glennmjoneslaw.com> wrote:
>>
>> I have not heard back from him yet.  I will call you as soon as I hear from him.
>>
>> Sent from my iPhone
>>
>>> On Sep 7, 2018, at 5:12 PM, Bradley J. Nash <bnash@schlamstone.com> wrote:
>>>
>>> Any word on whether we could do a short call first thing Sunday?  Thanks.
>>>
>>> Sent from my iPhone