UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMUEL INDIG, MEIR KAHANA, and ROBERT KLEIN,<br><br>*Plaintiffs*,<br><br>-against-<br><br>THE VILLAGE OF POMONA, BRETT YAGEL, LOUIS ZUMMO, LEON HARRIS, and DORIS ULMAN,<br><br>*Defendants*. | Case No.: 18-cv-10204 (VB)<br><br>**DECLARATION OF SOLOMON N. KLEIN IN OPPOSITION TO MOTION TO DISQUALIFY PLAINTIFFS' COUNSEL** |

Pursuant to 28 U.S.C. § 1746, Solomon N. Klein, declares the following to be true under penalty of perjury:

1. I am an attorney duly licensed to practice before this Court and I am a partner at Schlam Stone & Dolan LLP, counsel for the Plaintiffs in the above-captioned matter.

2. I submit this declaration in opposition to Defendants' motion to disqualify Schlam Stone & Dolan LLP from representing Plaintiffs in this action.

3. I have reviewed Mr. Nash's Declaration and confirm that the statements made in that Declaration are true to the extent I have knowledge relating thereto.

4. Further, I did not have any contact with Defendant Louis Zummo, except as described in Mr. Nash's Declaration.

Dated: March 26, 2019
      New York, New York

                                                                               **SOLOMON N. KLEIN**