Bradley J. Nash
Partner

212 612-0684
bnash@schlamstone.com

Schlam Stone & Dolan LLP

26 Broadway, New York, NY 10004
Main: 212 344-5400   Fax: 212 344-7677
schlamstone.com

April 1, 2019

BY ECF
Hon. Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re:     *Indig, et al. v. Village of Pomona, et al.*, 7:18-cv-10204-VB

Dear Judge Briccetti:

I represent the Plaintiffs in the above-referenced action and write to provide an update to the Court on the issue of the potential settlement of this matter.

Since the initial conference, the leadership of the Village of Pomona has changed. Specifically, on March 19, 2019, the Village held municipal elections during which a new mayor was elected along with two running mates. Outgoing Mayor Brett Yagel, who is a Defendant in this action, did not seek re-election.

In Plaintiffs' view, since any settlement will have to be reached with the new Village government, settlement discussions would not have been productive before the new officials assumed office on April 1, 2019. Accordingly, now that the newly-elected government has been installed, Plaintiffs sent a confidential settlement demand to Defendants this afternoon.

Defendants have understandably not had an opportunity to respond to that settlement proposal. I respectfully suggest that the parties provide an update to the Court on the progress of settlement efforts in two weeks.

Respectfully,

Bradley J. Nash

cc: Christopher Riley, Esq. (by ECF)