# CHRISTOPHER RILEY
ATTORNEY AT LAW
12 WATER STREET
SUITE 405
WHITE PLAINS, NY 10601

(914) 428-4010
FAX (914) 948-4177

Email: rileyc1@optonline.net

April 5, 2019

By ECF

Hon. Vincent L. Briccetti, USDJ
Southern District of New York
300 Quarropas Street, Room 639
White Plains, NY 10601

      Re:    **Indig v. Village of Pomona** 7:18-cv-10204-VB

Dear Judge. Briccetti:

    Please be advised the undersigned represents the defendants in the above captioned matter.

    I write with the consent of plaintiffs' counsel seeking to adjourn the date for the filing of defendant's Reply to plaintiffs' opposition yo defendants' motion to recuse counsel from April 9, 2019 to April 23, 2019. This is the first request for an adjournment for defendants' time to reply. Thank you for your attention in this matter.

Sincerely,

*Christopher Riley*

CHRISTOPHER RILEY

cc: Schlam Stone & Dolan LLP (by ecf)