UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SAMUEL INDIG, MEIR KAHANA, and
ROBERT KLEIN,
                    Plaintiffs,

v.                                           **ORDER**

THE VILLAGE OF POMONA, BRETT             18 CV 10204 (VB)
YAGEL, LOUIS ZUMMO, LEON HARRIS,
and DORIS ULMAN,
                    Defendants.
------------------------------------------------------------x

       On March 25, 2019, plaintiffs moved to amend their complaint. (Doc. #34). Defendants' opposition, if any, was due on April 8, 2019, pursuant to Local Civil Rule 6.1. To date, defendants have not opposed plaintiffs' motion to amend or sought an extension of time in which to do so.

       Accordingly, by April 12, 2019, defendants shall file any opposition to the motion or they shall inform the Court that they do not oppose the motion.

Dated: April 10, 2019
       White Plains, NY

                                                     SO ORDERED:

                                                     Vincent L. Briccetti
                                                     United States District Judge