UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMUEL INDIG, MEIR KAHANA, and ROBERT KLEIN,

                              *Plaintiffs,*

v.

THE VILLAGE OF POMONA, BRETT YAGEL, LOUIS ZUMMO, LEON HARRIS, and DORIS ULMAN,

                              *Defendant.*

Index No. 18-cv-10204 (VB)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE THAT** Samuel L. Butt, an attorney admitted to practice in this Court, of the law firm Schlam Stone & Dolan LLP, is appearing in this action as counsel for Plaintiffs Samuel Indig, Meir Kahana, and Robert Klein. Please take further notice that all papers and correspondence in this proceeding should be directed to this firm.

Dated: New York, NY
        April 10, 2019

**SCHLAM STONE & DOLAN LLP**

By: _____
Samuel L. Butt
26 Broadway
New York, New York 10004
Telephone: (212) 344-5400
Facsimile: (212) 344-7677
Sbutt@schlamstone.com

*Attorney for Plaintiffs Samuel Indig, Meir Kahana, and Robert Klein*