# CHRISTOPHER RILEY

ATTORNEY AT LAW
12 WATER STREET
SUITE 405
WHITE PLAINS, NY 10601

——

(914) 428-4010
FAX (914) 948-4177

———

Email: rileyc1@optonline.net

April 11, 2019

By ECF

Hon. Vincent L. Briccetti, USDJ
Southern District of New York
300 Quarropas Street, Room 639
White Plains, NY 10601

      **Re:**  **Indig v. Village of Pomona**
          Case No. 18-cv-10204 (VB)

Dear Judge Briccetti:

     Please be advised the undersigned represents the defendants in the above captioned matter.

     Defendants consent to plaintiffs' motion to amend plaintiffs' complaint.

Sincerely,

CHRISTOPHER RILEY

cc: Schlam Stone & Dolan LLP (by ecf)