

**Janine A. Mastellone**
914.872.7230 (direct)
Janine.Mastellone@wilsonelser.com

April 16, 2019

*VIA ECF*

Hon. Vincent L. Briccetti
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-1450

    Re:    Indig, et al v. Village of Pomona, et al
              <u>Civil Action No: 7:18-cv-10204-VB</u>

Dear Judge Briccetti:

We have been contacted by the Village of Pomona to represent the defendants in this action. We are in the process of executing consent forms so that we can file our Notice of Appearance. We respectfully request time to effectuate this change of counsel and to discuss the plaintiffs' settlement demand with our clients.

Thank you.


Respectfully,

Wilson Elser Moskowitz Edelman & Dicker LLP

*Janine M. Mastellone*

Janine A. Mastellone

CC:    *VIA ECF ONLY*
       Bradley J. Nash, Esq.
       SCHLAM STONE & DOLAN, LLP
       Attorneys for Plaintiffs
       26 Broadway
       New York, New York 10004
       (212) 344-5400

JAM:vf

1133 Westchester Avenue • White Plains, NY 10604 • p 914.323.7000 • f 914.323.7001
150 East 42nd Street • New York, NY 10017 • p 212.490.3000 • f 212.490.3038

Albany • Atlanta • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston • Kentucky • Las Vegas
London • Los Angeles • Miami • Michigan • Milwaukee • New Jersey • New Orleans • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford
Virginia • Washington, DC • West Palm Beach • White Plains

wilsonelser.com

7577166v.1