UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SAMUEL INDIG, MEIR KAHANA,
and ROBERT KLEIN,

                                Plaintiffs,

   -against-

THE VILLAGE OF POMONA, BRETT YAGEL, LOUIS
ZUMMO, LEON HARRIS, and DORIS ULMAN,

                                Defendants.
------------------------------------------------------------------X

Case No: 18-cv-10204

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Janine A. Mastellone of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, an attorney duly admitted to practice law before this Court, hereby appears on behalf of the defendants, THE VILLAGE OF POMONA and DORIS ULMAN, in the above captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon her at the following address:

    Janine A. Mastellone, Esq.
    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
    1133 Westchester Avenue
    White Plains, New York 10604
    Telephone number:  914-323-7000
    Facsimile:  914-323-7001
    E-mail:  janine.mastellone@wilsonelser.com

PLEASE TAKE FURTHER NOTICE that, the foregoing demand also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or

7589163v.1

demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, e-mail or otherwise.

Dated: White Plains, New York
   April 19, 2019

            Yours, etc.,

            WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

         By: */s/Janine A. Mastellone*

            Janine A. Mastellone
            *Attorneys for Defendants,*
            *The Village of Pomona and Doris Ulman*
            1133 Westchester Avenue
            White Plains, New York 10604
            (914) 323-7000

TO: **VIA ECF**
    Bradley J. Nash, Esq.
    SCHLAM STONE & DOLAN, LLP
    *Attorneys for Plaintiffs*
    26 Broadway
    New York, New York 10004