Case 7:18-cv-10204-VB   Document 58   Filed 04/19/19   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/19/2019

# WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

Janine A. Mastellone
914.872.7230 (direct)
janine.mastellone@wilsonelser.com

> *Defendants' time to reply is extended to 5/10/2019.*
>
> APPLICATION GRANTED
> SO ORDERED:
>
> Vincent L. Briccetti, U.S.D.J.
> Dated: April 19, 2019
> White Plains, NY

April 19, 2019

**VIA ECF**

Hon. Vincent L. Briccetti
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-1450

    Re:    Indig, et al v. Village of Pomona, et al
           Civil Action No: 7:18-cv-10204-VB

Dear Judge Briccetti:

    As we have previously advised the Court, we are in the process of effectuating a change of counsel on behalf of all defendants. We have obtained signed consent forms from the Village of Pomona and Doris Ulman and filed Notices of Appearance for those defendants. We are still in the process of obtaining signed consent forms from the other individually named defendants; namely, Brett Yagel, Louis Zummo and Leon Harris.

    We write with regard to the pending Motion to Disqualify Plaintiffs' counsel. Defendants' reply is presently due on April 23, 2019. We respectfully request additional time within which to file a reply, or until May 10, 2019. We have conferred with plaintiffs' counsel, Mr. Nash, who consents to this request. Thank you.

Respectfully submitted,

Wilson Elser Moskowitz Edelman & Dicker LLP

Janine A. Mastellone
JAM/VF

CC:    **VIA ECF ONLY**
       Bradley J. Nash, Esq.
       SCHLAM STONE & DOLAN, LLP
       Attorneys for Plaintiffs
       26 Broadway
       New York, New York 10004
       (212) 344-5400

1133 Westchester Avenue • White Plains, NY 10604 • p 914.323.7000 • f 914.323.7001
150 East 42nd Street • New York, NY 10017 • p 212.490.3000 • f 212.490.3038

Albany • Atlanta • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston • Kentucky • Las Vegas
London • Los Angeles • Miami • Michigan • Milwaukee • New Jersey • New Orleans • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford
Virginia • Washington, DC • West Palm Beach • White Plains

wilsonelser.com

7589238v.1