Bradley J. Nash
Partner

212 612-0684
bnash@schlamstone.com

**SCHLAM STONE & DOLAN LLP**

26 Broadway, New York, NY 10004
Main: 212 344-5400   Fax: 212 344-7677
schlamstone.com

April 23, 2019

<u>BY ECF AND EMAIL</u>
Hon. Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re:   <u>Indig, et al. v. Village of Pomona, et al.</u>, 7:18-cv-10204-VB

Dear Judge Briccetti:

This firm represents Plaintiffs in the above-referenced matter.  I write to request the Court's leave to re-file Plaintiffs' Amended Complaint to correct a filing error.

Pursuant to the Court's April 12, 2019 order (Dkt. 49), Plaintiffs timely e-filed the Amended Complaint on April 16.  The next day, the Clerk issued a notice that (1) the Amended Complaint would have to be re-filed because the new plaintiffs had not been added to the docket, and (2) this would require either leave of Court or Defendants' written consent.  As incoming counsel for the Defendants has yet to appear on behalf of three of the individual defendants, and it is not clear when that substitution will be effective, we respectfully request that the Court grant Plaintiffs leave to correct the docket and re-file the Amended Complaint.

We appreciate the Court's attention to this matter.

Respectfully,

*[signature]*

Bradley J. Nash

cc: Counsel of Record (by ECF)