
# WILSON ELSER

April 26, 2019

**Janine A. Mastellone**
914.872.7230 (direct)
Janine.Mastellone@wilsonelser.com

*VIA ECF*

Hon. Vincent L. Briccetti
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-1450

Re:   Indig, et al v. Village of Pomona, et al
      Civil Action No: 7:18-cv-10204-VB

Dear Judge Briccetti:

We write with regard to the above matter to update the Court on the status of our representation of the defendants. We have filed Notices of Appearance for the Village of Pomona, Doris Ullman, and Louis Zummo.

Previously, the Court directed us to respond to plaintiffs' letter of April 12, 2019 regarding discovery by April 30, 2019. However, there has been a delay in obtaining executed consent forms from some of the individually named defendants. In particular, because certain defendants have been traveling out of state or have other scheduling difficulties, we have been unable to receive executed consent forms from those defendants to fully effectuate the change in representation. As a result, we have not been able to obtain the litigation file of prior counsel, which contains information necessary to enable us to respond to plaintiffs' letter of April 12, 2019.

We contacted plaintiffs' counsel by e-mail and voicemail to arrange to meet and confer on the discovery issues; however, we received an automated reply email indicating that plaintiffs' counsel is out of the office until Monday, April 29, 2019 with no access to e-mail or voicemail. In light of the previously mentioned unavoidable delays and the possibility of an agreed-upon resolution to the discovery dispute, which might moot the issues raised in plaintiffs' letter, we request an extension of time to respond up to and including May 17, 2019. Thank you.

Respectfully,

Wilson Elser Moskowitz Edelman & Dicker LLP

*Janine M. Mastellone*

---

Handwritten endorsement:

Defendants' time to reply to the issues raised in plaintiffs' 4/12/2019 letter is extended to 5/17/2019.

SO ORDERED:

Hon. Vincent L. Briccetti
United States District Judge
April 26, 2019

---

1133 Westchester Avenue • White Plains, NY 10604 • p 914.323.7000 • f 914.323.7001
150 East 42nd Street • New York, NY 10017 • p 212.490.3000 • f 212.490.3038

Albany • Atlanta • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston • Kentucky • Las Vegas
London • Los Angeles • Miami • Michigan • Milwaukee • New Jersey • New Orleans • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford
Virginia • Washington, DC • West Palm Beach • White Plains

wilsonelser.com

7618197v.1