

Janine A. Mastellone
914.872.7230 (direct)
Janine.Mastellone@wilsonelser.com

May 8, 2019

***VIA ECF***

Hon. Vincent L. Briccetti
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-1450

    Re:    Indig, et al v. Village of Pomona, et al
               Civil Action No: 7:18-cv-10204-VB

Dear Judge Briccetti:

This joint letter is being submitted on behalf of the parties with regard to the enclosed proposed amended civil case discovery plan and scheduling Order.

The parties have met and conferred with regard to the outstanding discovery issues. Based on those discussions, the current state of the litigation and our recent entry into the case, the parties jointly request that the deadlines in the current civil case discovery plan and scheduling order, be extended by ninety days. Plaintiffs' counsel has consented to defendants' request that their time to respond to the Amended Complaint be extended to May 22, 2019. Further, the parties respectfully request that the Court extend the remaining deadlines in this matter, resulting in a revised schedule as set forth in the chart below:

|  | **Original Date** | **New Date** |
|---|---|---|
| **Fact Discovery Completed** | May 31, 2019 | August 29, 2019 |
| **Non-Expert Depositions Completed** | May 17, 2019 | August 15, 2019 |
| **Requests to Admit Served** | May 3, 2019 | August 1, 2019 |
| **Expert Disclosure - Plaintiffs** | June 14, 2019 | September 12, 2019 |
| **Expert Disclosure - Defendants** | June 28, 2019 | September 26, 2019 |
| **Expert Discovery Completed** | July 15, 2019 | October 14, 2019 |
| **All Discovery Completed** | August 1, 2019 | October 30, 2019 |

1133 Westchester Avenue • White Plains, NY 10604 • p 914.323.7000 • f 914.323.7001
150 East 42nd Street • New York, NY 10017 • p 212.490.3000 • f 212.490.3038

Albany • Atlanta • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston • Kentucky • Las Vegas
London • Los Angeles • Miami • Michigan • Milwaukee • New Jersey • New Orleans • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford
Virginia • Washington, DC • West Palm Beach • White Plains

wilsonelser.com

7649354v.1



**Page 2**

Further, while Plaintiffs take the position that Defendants have waived any objections to Plaintiffs' discovery demands and reserve all their rights in this regard, Defendants intend to respond to the requests and/or object where appropriate, and thus, the parties shall meet and confer on or before May 28, 2019 to discuss any issues relating to document production and/or discovery. The parties jointly request that the Court so-order the proposed amended schedule. Thank you.

Respectfully,

Wilson Elser Moskowitz Edelman & Dicker LLP

*Janine M. Mastellone*

Janine A. Mastellone

CC: **VIA ECF ONLY**
Bradley J. Nash, Esq.
SCHLAM STONE & DOLAN, LLP
Attorneys for Plaintiffs
26 Broadway
New York, New York 10004
(212) 344-5400

JAM:vf

7649354v.1