UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

SAMUEL INDIG, MEIR KAHANA,
and ROBERT KLEIN,

                                  Plaintiffs,

-against-

THE VILLAGE OF POMONA, BRETT YAGEL, LOUIS
ZUMMO, LEON HARRIS, and DORIS ULMAN,

                                  Defendants.
-------------------------------------------------------------------X

Case No.: 18-cv-10204

**CONSENT TO
CHANGE COUNSEL**

SIRS:

        IT IS HEREBY STIPULATED, AGREED AND CONSENTED that the firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, is to be substituted as attorneys of record for the defendants **THE VILLAGE OF POMONA, BRETT YAGEL, LOUIS ZUMMO, LEON HARRIS, and DORIS ULMAN**, in the above-entitled action in place and instead of CHRISTOPHER RILEY, ESQ., as of the date hereof.

        IT IS FURTHER STIPULATED, AGREED AND CONSENTED that the fax signatures appearing below, if applicable, will be deemed to be originals and that the within Stipulation may be signed in counterparts and filed without further notice with the Clerk of the Court.

Dated: White Plains, New York
         April 17, 2019

**CHRISTOPHER RILEY, ESQ.**

By: _____
      Outgoing Counsel

Dated: White Plains, New York
         April 19, 2019

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

By: _____
      Incoming Counsel

7581091v.1

12 Water Street  
Suite # 405  
White Plains, New York 10601  
(914) 428-4010  
rileyc1@optonline.net

Janine A. Mastellone, Esq.  
John M. Flannery, Esq.  
1133 Westchester Avenue  
White Plains, New York 10604  
(914) 323-7000  
Janine.Mastellone@wilsonelser.com

_____
Roger J. Bernstein, Esq.
As Counsel to the Board of Trustees
on behalf of the VILLAGE OF POMONA


STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YOEK     )


On this 17th day of April, 2019, before me the undersigned, personally appeared, Roger J. Bernstein personally known to be or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that (s)he executed the same in his/her capacity.

_____
NOTARY PUBLIC

JUDITH L. HANCOCK
NOTARY PUBLIC-STATE OF NEW YORK
No. 02HA6171870
Qualified in New York County
My Commission Expires July 30, 2019

7581091v.1

To: Doris Ulman    Page 9 of 9                    2019-04-17 14:57:26 (GMT)

*[signature]*

DORIS ULMAN

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF ROCKLAND       )


On this 17th day of April, 2019, before me the undersigned, personally appeared, Doris Ulman personally known to be or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that (s)he executed the same in his/her capacity.

*[signature]*

NOTARY PUBLIC

JAN ULMAN
Notary Public, State of New York
No. 01UL4853148
Qualified in Rockland County
Commission Expires June 30, 2022

7581091v.1

BRETT YAGEL

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF ROCKLAND       )

On this 6th day of May, 2019, before me the undersigned, personally appeared, Brett Yagel personally known to be or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that (s)he executed the same in his/her capacity.

_____
NOTARY PUBLIC

KARA MANNOSSOS
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MA6333539
Qualified in Nassau County
My Commission Expires November 23, 2019

7581091v.1

_____
LOUIS ZUMMO

STATE OF NEW YORK              )
                               ) ss.:
COUNTY OF WESTCHESTER          )

On this 26 day of April, 2019, before me the undersigned, personally appeared, Louis M. Zummo personally known to be or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that (s)he executed the same in his/her capacity.

_____
NOTARY PUBLIC

**CHRISTINE ALEXANDER**
NOTARY PUBLIC-STATE OF NEW YORK
No. 01AL6352265
Qualified in Putnam County
My Commission Expires 12-27-2020

7581091v.1