```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

SAMUEL INDIG, MEIR KAHANA,
and ROBERT KLEIN,

                                Plaintiffs,

   -against-

THE VILLAGE OF POMONA, BRETT YAGEL, LOUIS
ZUMMO, LEON HARRIS, and DORIS ULMAN,

                                Defendants.
---------------------------------------------------------------X

Case No.: 18-cv-10204

**CONSENT TO
CHANGE COUNSEL**

SIRS:

    IT IS HEREBY STIPULATED, AGREED AND CONSENTED that the firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, is to be substituted as attorneys of record for the defendants THE VILLAGE OF POMONA, BRETT YAGEL, LOUIS ZUMMO, LEON HARRIS, and DORIS ULMAN, in the above-entitled action in place and instead of CHRISTOPHER RILEY, ESQ., as of the date hereof.

    IT IS FURTHER STIPULATED, AGREED AND CONSENTED that the fax signatures appearing below, if applicable, will be deemed to be originals and that the within Stipulation may be signed in counterparts and filed without further notice with the Clerk of the Court.

Dated: White Plains, New York
        April 17, 2019

CHRISTOPHER RILEY, ESQ.

By: _____
    Outgoing Counsel

7581091v.1

Dated: White Plains, New York
        April 19, 2019

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: _____
    Incoming Counsel

*The Clerk shall terminate Mr. Riley.*

APPLICATION GRANTED
SO ORDERED: /s/ Vincent L. Briccetti
Vincent L. Briccetti, U.S.D.J.
Dated: May 21, 2019
White Plains, NY