UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SAMUEL INDIG, MEIR KAHANA,
and ROBERT KLEIN,

                              Plaintiffs,

-against-

THE VILLAGE OF POMONA, BRETT YAGEL, LOUIS
ZUMMO, LEON HARRIS, and DORIS ULMAN,

                              Defendants.
-------------------------------------------------------------------X

Case No.: 18-cv-10204

**CONSENT TO CHANGE COUNSEL**

SIRS:

        IT IS HEREBY STIPULATED, AGREED AND CONSENTED that the firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, is to be substituted as attorneys of record for the defendants **THE VILLAGE OF POMONA, BRETT YAGEL, LOUIS ZUMMO, LEON HARRIS, and DORIS ULMAN**, in the above-entitled action in place and instead of CHRISTOPHER RILEY, ESQ., as of the date hereof.

        IT IS FURTHER STIPULATED, AGREED AND CONSENTED that the fax signatures appearing below, if applicable, will be deemed to be originals and that the within Stipulation may be signed in counterparts and filed without further notice with the Clerk of the Court.

Dated: White Plains, New York
        April 17, 2019

**CHRISTOPHER RILEY, ESQ.**

By: _____
      Outgoing Counsel

Dated: White Plains, New York
        April 19, 2019

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

By: _____
      Incoming Counsel

7581091v.1

12 Water Street
Suite # 405
White Plains, New York 10601
(914) 428-4010
rileyc1@optonline.net

Janine A. Mastellone, Esq.
John M. Flannery, Esq.
1133 Westchester Avenue
White Plains, New York 10604
(914) 323-7000
Janine.Mastellone@wilsonelser.com

7581091v.1

_____
LEON HARRIS

STATE OF NEW YORK             )
                              ) ss.:
COUNTY OF ~~WESTCHESTER~~ Rockland )

On this 21st day of May, 2019, before me the undersigned, personally appeared, Leon Harris personally known to be or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that (s)he executed the same in his/her capacity.

_____
NOTARY PUBLIC

LORRAINE B DANSER
Notary Public, State of New York
No 01DA6035086
Residing in Rockland County
Commission Expires 12-27-21

7581091v.1