UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SAMUEL INDIG, MEIR KAHANA, : Case No: 18-cv-10204
and ROBERT KLEIN, :
: 
      Plaintiffs, :
: **NOTICE OF APPEARANCE**
  -against- :
:
THE VILLAGE OF POMONA, BRETT YAGEL, LOUIS :
ZUMMO, LEON HARRIS, and DORIS ULMAN, :
:
      Defendants. :
:
-------------------------------------------------------------------X

    **PLEASE TAKE NOTICE** that John B. Martin of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, an attorney duly admitted to practice law before this Court, hereby appears on behalf of the defendant, LEON HARRIS, in the above captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon him at the following address:

    John B. Martin, Esq.
    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
    1133 Westchester Avenue
    White Plains, New York 10604
    Telephone number:   914-323-7000
    Facsimile:   914-323-7001
    E-mail:   john.martin@wilsonelser.com

    PLEASE TAKE FURTHER NOTICE that, the foregoing demand also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or

demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, e-mail or otherwise.

Dated: White Plains, New York
May 21, 2019

                                    Yours, etc.,

                                    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                              By: */s/John B. Martin*

                                    John B. Martin
                                    *Attorneys for Defendant*
                                    Leon Harris
                                    1133 Westchester Avenue
                                    White Plains, New York 10604
                                    (914) 323-7000

TO: **VIA ECF**
       Bradley J. Nash, Esq.
       SCHLAM STONE & DOLAN, LLP
       *Attorneys for Plaintiffs*
       26 Broadway
       New York, New York 10004