Bradley J. Nash
Partner

212 612-0684
bnash@schlamstone.com

**SCHLAM STONE & DOLAN LLP**

26 Broadway, New York, NY 10004
Main: 212 344-5400   Fax: 212 344-7677
schlamstone.com

May 28, 2019

BY ECF
Hon. Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re:   *Indig, et al. v. Village of Pomona, et al.*, 7:18-cv-10204-VB

Dear Judge Briccetti:

I represent the Plaintiffs in the above-referenced action and, due to other professional obligations, write in accordance with Rule 1.G. of Your Honor's Individual Rules of Practice to request a two-week extension, from June 5, 2019, to June 19, 2019, of Plaintiffs' time to oppose Defendants' Motion to Dismiss The Amended Complaint (ECF Doc. No. 82) in this action.   Defendants consent to this request.   This is Plaintiffs' first request for an extension with respect to this Motion and it will not affect any other deadlines in this matter.   We thank the Court for its attention to this matter.

Respectfully,

Bradley J. Nash

cc: Counsel of Record (by ECF)