Bradley J. Nash
Partner

212 612-0684
bnash@schlamstone.com

SCHLAM STONE & DOLAN LLP

26 Broadway, New York, NY 10004
Main: 212 344-5400  Fax: 212 344-7677
schlamstone.com

June 3, 2019

BY ECF
Hon. Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re:   *Indig, et al. v. Village of Pomona, et al.*, 7:18-cv-10204-VB

Dear Judge Briccetti:

We represent the Plaintiffs in the above-referenced action and, due to professional obligations, I write to request a short extension, from June 3, 2019 to June 7, 2019, of Plaintiffs' time to inform the Court whether they intend to file a second amended complaint in response to Defendants' motion to dismiss or whether they will rely on the amended complaint that is the subject of the motion to dismiss.  (ECF No. 84).  Defendants consent to this request.  This is Plaintiffs' first request for an extension with respect to this deadline and it will not affect any other deadlines in this matter.  We thank the Court for its attention to this matter.

Respectfully,

Bradley J. Nash

cc: Counsel of Record (by ECF)