Bradley J. Nash
Partner

212 612-0684
bnash@schlamstone.com

**SCHLAM STONE & DOLAN LLP**

26 Broadway, New York, NY 10004
Main: 212 344-5400   Fax: 212 344-7677
schlamstone.com

June 7, 2019

<u>BY ECF</u>
Hon. Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re:   <u>Indig, et al. v. Village of Pomona, et al.</u>, 7:18-cv-10204-VB

Dear Judge Briccetti:

We represent the Plaintiffs in the above-referenced action and write pursuant to the Court's Order dated May 23, 2019 (ECF No. 84) to inform the Court that Plaintiffs intend to rely on the Amended Complaint and will file their opposition to Defendants' motion to dismiss (ECF No. 82) on or before June 19, 2019, pursuant to the schedule set by the Court.  (ECF No. 86).  We thank the Court for its attention to this matter.

Respectfully,

*[signature]*

Bradley J. Nash

cc: Counsel of Record (by ECF)