

John B. Martin
914.872.7724 (direct)
John.Martin@wilsonelser.com

June 21, 2019

***VIA ECF***

Hon. Vincent L. Briccetti
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-1450

      Re:    Indig, et al v. Village of Pomona, et al
              <u>Civil Action No: 7:18-cv-10204-VB</u>

Dear Judge Briccetti:

We represent the defendants in this matter. We write to request a one-week extension of time, on consent, for defendants to file and serve their reply memorandum of law in further support of their motion to dismiss the first amended complaint.

Currently, the reply is due on June 26, 2019. We respectfully request that the Court extend the deadline by one week to July 3, 2019. Plaintiffs' counsel consents to this request, which is the first request for an extension of the deadline for the reply. In addition, this extension will not affect any other deadlines or court dates. Therefore, we respectfully request that the Court grant defendants permission to file their reply in further support of the motion to dismiss on or before July 3, 2019. Thank you.

Respectfully,

Wilson Elser Moskowitz Edelman & Dicker LLP

*John B Martin*

John B. Martin

CC:    ***VIA ECF ONLY***
        Bradley J. Nash, Esq.
        SCHLAM STONE & DOLAN, LLP
        Attorneys for Plaintiffs
        26 Broadway
        New York, New York 10004
        (212) 344-5400

1133 Westchester Avenue • White Plains, NY 10604 • p 914.323.7000 • f 914.323.7001
150 East 42nd Street • New York, NY 10017 • p 212.490.3000 • f 212.490.3038

Albany • Atlanta • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston • Kentucky • Las Vegas
London • Los Angeles • Miami • Michigan • Milwaukee • New Jersey • New Orleans • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford
Virginia • Washington, DC • West Palm Beach • White Plains

wilsonelser.com

7761444v.1