# Exhibit L

# CERTIFICATE OF CONVICTION

**STATE OF NEW YORK**  
**ROCKLAND COUNTY**

**HAVERSTRAW TOWN COURT**  
**CRIMINAL PART**

PEOPLE OF THE STATE OF NEW YORK

    VS.

MEIR S. KAHANA;  Defendant

CASE NO: 17080238

    Date of Birth:    / /  
    Date of Arrest:  07/28/2017  
  Conviction Date:  01/09/2018  
 Disposition Date:  01/09/2018

| Section Charged | Section Disposed | Ticket No & Description | Disposition | Fine | Civil-Fee | Surchg |
|---|---|---|---|---|---|---|
| VOP 130 11B | VOP 130 11B | Unfenced Pool | Fine | 200.00 | 0.00 | 0.00 |

Upon a proper request for an official statement of conviction, I certify that the above named defendant having appeared before this court was charged as shown above. Each of the charges was disposed of as indicated.

Dated: The 22nd day of May 2019

    _____  
    Hon. Ivonne S. Santos

NOTE: A copy of the request will be filed with this certificate in the case records.

CAUTION: This information must not be divulged if the case is sealed or where the defendant has been adjudicated a youthful offender.

Copies: ___ Court, ___ Defendant, ___ Agency, ___ DA