# Exhibit M

# CERTIFICATE OF CONVICTION

**STATE OF NEW YORK**  
**ROCKLAND COUNTY**

**HAVERSTRAW TOWN COURT**  
**CRIMINAL PART**

PEOPLE OF THE STATE OF NEW YORK

    VS.

NAFTALI KLEIN; Defendant

CASE NO: 18020118

Date of Birth:    / /  
Date of Arrest:  01/08/2018  
Conviction Date: 04/29/2019  
Disposition Date: / /

| Section Charged | Section Disposed | Ticket No & Description | Disposition | Fine | Civil-Fee | Surchg |
|---|---|---|---|---|---|---|
| VOP 130-22de | VOP 130-22de | No Permit/No CO | Fine | 3000.00 | 0.00 | 0.00 |

Upon a proper request for an official statement of conviction, I certify that the above named defendant having appeared before this court was charged as shown above. Each of the charges was disposed of as indicated.

Dated: The 3rd day of June 2019

                                Hon. John K. Grant

NOTE: A copy of the request will be filed with this certificate in the case records.

CAUTION: This information must not be divulged if the case is sealed or where the defendant has been adjudicated a youthful offender.

Copies: ___ Court, ___ Defendant, ___ Agency, ___ DA

# CERTIFICATE OF CONVICTION

**STATE OF NEW YORK**  
**ROCKLAND COUNTY**

**HAVERSTRAW TOWN COURT**  
**CRIMINAL PART**

PEOPLE OF THE STATE OF NEW YORK

    VS.

NAFTALI KLEIN; Defendant

CASE NO: 18010040

Date of Birth:    / /  
Date of Arrest:  12/22/2018  
Conviction Date: 04/29/2019  
Disposition Date: / /

| Section Charged | Section Disposed | Ticket No & Description | Disposition | Fine | Civil-Fee | Surchg |
|---|---|---|---|---|---|---|
| VOP 130.22 I5 | VOP 130.22 I5 | Fail Comply Stop Ord | Fine | 750.00 | 0.00 | 0.00 |

Upon a proper request for an official statement of conviction, I certify that the above named defendant having appeared before this court was charged as shown above. Each of the charges was disposed of as indicated.

Dated: The 3rd day of June 2019

_____  
Hon. John K. Grant

NOTE: A copy of the request will be filed with this certificate in the case records.

CAUTION: This information must not be divulged if the case is sealed or where the defendant has been adjudicated a youthful offender.

Copies: ___ Court, ___ Defendant, ___ Agency, ___ DA