UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SAMUEL INDIG, LEAH INDIG, MEIR
KAHANA, ROBERT KLEIN, and NAFTALI
KLEIN,

                           Plaintiffs,

v.

THE VILLAGE OF POMONA, BRETT
YAGEL, LOUIS ZUMMO, LEON HARRIS,
and DORIS ULMAN,
                           Defendants.
------------------------------------------------------------x

**ORDER**

18 CV 10204 (VB)

        The Court received the attached letter dated July 23, 2019, from plaintiffs requesting seeking "some time" to seek new counsel.

        Plaintiffs' request is DENIED.

        Because plaintiffs are represented by attorneys in this action, they may communicate with the Court <u>only</u> through their attorneys. The Court, however, does not become involved in matters between attorneys and their clients. Plaintiffs are free to discharge their current attorneys and engage another attorney if thy choose.

        As to plaintiff's request for "some time" to seek new counsel, <u>all counsel</u>, including plaintiffs' counsel, are expected to appear for a post-discovery conference on August 1, 2019. Although there is a motion to dismiss pending, there has been no request to extend discovery deadlines or adjourn the conference, and therefore, those discovery deadlines remain in effect. If any counsel wishes to request an adjournment or extension of time, that request should comply with Section 1(G) of Judge Briccetti's Individual Practices.

        Plaintiffs' counsel is further directed to provide a copy of this Order to plaintiffs.

Dated: July 25, 2019
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

Case 7:18-cv-10204-vb Indig vs Village of Pomona et al.          By Fedex and Fax

To the Honorable Judge Vincent Briccetti

It become aware to us of an unfortunate conflict of interest with our current counsel representing us. We request of the court some time to seek new counsel.

We thank your Honor for the understanding.

Robert and Naftali Klien

Samuel and Leah Indig

Meir Kahana

7-23-2019

