UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMUEL INDIG, LEAH INDIG, MEIR KAHANA, ROBERT KLEIN, and NAFTALI KLEIN,<br><br>*Plaintiffs*,<br><br>-against-<br><br>THE VILLAGE OF POMONA, BRETT YAGEL, LOUIS ZUMMO, LEON HARRIS, and DORIS ULMAN,<br><br>*Defendants*. | Case No.: 18-cv-10204 (VB)<br><br>**ORDER TO SHOW CAUSE TO WITHDRAW AS COUNSEL** |

Upon the Declaration of Bradley J. Nash, dated July 26, 2019, and upon the accompanying memorandum of law, it is

ORDERED, that the above-named plaintiffs show cause before the Hon. Vincent L. Briccetti, United States District Judge, at Courtroom 620, The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas St., White Plains, New York 10601, on _____, at _____ o'clock in the _____noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Local Rule 1.4 : (1) permitting Schlam Stone & Dolan LLP, Bradley J. Nash, and Samuel L. Butt to withdraw as counsel for Plaintiffs in this action; (2) staying all proceedings for 45 days after this Motion has been decided to allow Plaintiffs to retain new counsel; and (3) granting such other relief as the Court deems just and proper; and it is further,

ORDERED that papers in opposition to this application, if any, shall be filed via ECF on or before _____ or served upon counsel so as to be received on or

before the same date; and that reply papers, if any, shall be efiled and served upon Plaintiffs so as to be received on or before _____; and it is further,

ORDERED that, service of a copy of this order and the supporting papers upon the Plaintiffs by service by email, on or before _____ o'clock in the _____noon, _____, shall be deemed good and sufficient service hereof; and it is further,

ORDERED that this action is stayed pending the hearing of this motion.


Dated: White Plains, New York
       July 26, 2019

                                          _____
                                          United States District Judge