UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
SAMUEL INDIG, LEAH INDIG, MEIR
KAHANA, ROBERT KLEIN, and NAFTALI
KLEIN,

                Plaintiffs,

v.

THE VILLAGE OF POMONA, BRETT
YAGEL, LOUIS ZUMMO, LEON HARRIS,
and DORIS ULMAN,
                Defendants.
----------------------------------------------------------------x

**ORDER**

18 CV 10204 (VB)

    Plaintiffs' counsel's motion to withdraw as counsel is GRANTED for substantially the reasons set forth in Mr. Nash's motion and affirmation in support of the motion as well as plaintiffs' unsigned letter dated July 23, 2019, requesting "some time" to seek new counsel. (Docs. ##98, 99). Mr. Nash shall serve a copy of this Order on plaintiffs and file proof of service on the docket.

    Until plaintiffs engage a new attorney, they must proceed pro se. Therefore, by August 12, 2019, plaintiffs must update the Court in writing as to each of their current mailing addresses in letters sent to the Pro Se Clerk at the following address:

        Pro Se Clerk
        United States District Court
        300 Quarropas Street
        White Plains, New York 10601

    Discovery deadlines are stayed until October 28, 2019. The August 1, 2019, conference is adjourned to October 28, 2019, 10:00 a.m.

    Plaintiffs are directed to engage an attorney before the October 28, 2019 conference so that attorney can appear on that date. If a plaintiff does not engage an attorney or wishes to

proceed <u>pro se</u>, that plaintiff must appear in person for the conference. No plaintiff may appear on behalf of another plaintiff—in other words, if plaintiffs do not engage an attorney, all plaintiff must attend the conference in person.

**<u>If neither new counsel for plaintiffs nor plaintiffs appears for the conference, then the Court may dismiss the case for failure to prosecute or comply with a Court order. See Fed. R. Civ. P. 41(b).</u>**

Dated: July 29, 2019
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge