UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMUEL INDIG, LEAH INDIG, MEIR KAHANA, ROBERT KLEIN, and NAFTALI KLEIN,<br><br>*Plaintiff*,<br><br>- *against* -<br><br>THE VILLAGE OF POMONA, BRETT YAGEL, LOUIS ZUMMO, LEON HARRIS, and DORIS ULMAN,<br><br>*Defendants*. | Case No.: 1:18-cv-10204 (VB)<br><br>**CERTIFICATE OF SERVICE** |

Bradley J. Nash, an attorney admitted to the bar of this Court, declares the following under penalty of perjury:

I am over 18 years of age, I am not a party to the within action, and I reside in New York, New York. On July 30, 2019, I served a true and complete copy of the Court's order dated July 29, 2019 and filed on July 30, 2019 (Dkt. No. 101) in the above-captioned action upon:

Samuel Indig
21 White Birch Drive
Pomona, NY 10970

Meir Kahana
68 Halley Drive
Pomona, New York 10970

Robert Klein
63 Halley Drive
Pomona, NY 10970

(a) by email, and (b) by causing the above-mentioned document to be delivered by placing the documents in a postage pre-paid, sealed Federal Express-Express envelope, and depositing the envelope into a Federal Express Official Mail Depository before the last time for Domestic Priority delivery designated by Federal Express, causing the envelope to be delivered to the above-named persons at the above-listed addresses.

Dated: July 30, 2019
        New York, New York

                                                          /s/
                                                BRADLEY J. NASH