UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAMUEL INDIG, LEAH INDIG, MEIR KAHANA,　　　**NOTICE OF APPEARANCE**
ROBERT KLEIN, and NAFTALI KLEIN,

　　　　　　　　　　　Plaintiffs,　　　　　　Case No.: 18-cv-10204 (VB)

　-against-

THE VILLAGE OF POMONA, BRETT YAGEL,
LOUIS ZUMMO, LEON HARRIS, and DORRIS
ULMAN,

　　　　　　　　　　　Defendants.

---

　　Please enter the appearance of Robert S. Rosborough IV, of the law firm of Whiteman Osterman & Hanna LLP, as counsel for Plaintiffs Samuel Indig, Leah Indig, Meir Kahana, Robert Klein, and Naftali Klein, in the above-captioned action.

Dated: Albany, New York
　　　　August 8, 2019

　　　　　　　　　　　　　　　　　　　WHITEMAN OSTERMAN & HANNA LLP

　　　　　　　　　　　　　　By:　*s/ Robert S. Rosborough IV*
　　　　　　　　　　　　　　　　　Robert S. Rosborough IV, Esq. (RR 5604)
　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　One Commerce Plaza
　　　　　　　　　　　　　　　　　Albany, New York 12210
　　　　　　　　　　　　　　　　　(518) 487-7600
　　　　　　　　　　　　　　　　　(518) 487-7777 (fax)
　　　　　　　　　　　　　　　　　rrosborough@woh.com