

One Commerce Plaza
Albany, New York 12260
518.487.7600 phone
518.487.7777 fax

Robert S. Rosborough IV
Partner
518.487.7608 phone
rrosborough@woh.com

December 31, 2019

**VIA ECF**

Hon. Vincent L. Briccetti
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      Re:    Indig v. Village of Pomona, Case No. 18-cv-10204 (VB)
             Status update

Dear Judge Briccetti:

      My firm represents Plaintiffs Samuel Indig, Leah Indig, Meir Kahana, Robert Klein, and Naftali Klein in this action. Pursuant to the Court's direction, the parties jointly advise the Court concerning the progress of settlement discussions. To date, the parties have engaged in preliminary discussions toward settlement of this matter and the related action entitled *TAL Properties of Pomona, LLC v. Village of Pomona*, Case No. 1:19-cv-06838 (VB), and will be scheduling a follow up call with counsel and clients for the week of January 6, 2020. Thank you.

                                       Respectfully submitted,

                                       Robert S. Rosborough IV

cc:    Janine A. Mastellone, Esq.