UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

SAMUEL INDIG, et al.,

                Plaintiffs,

v.

THE VILLAGE OF POMONA, et al.,

                Defendants.
----------------------------------------------------------X

ORDER

7:18-cv-10204 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court has reviewed Plaintiffs' pre-motion letter request dated April 7, 2020 (Doc. 111) and Defendants' response thereto dated April 13, 2020 (Doc. 112). The Court grants Plaintiffs' request for a pre-motion conference in anticipation of moving to compel discovery pursuant to Fed. R. Civ. P. 37. The pre-motion conference will be held telephonically on April 21, 2020 at 2:00 p.m. At the time of the scheduled conference, counsel shall call: (888) 398-2342; access code 3456831.

The Court instructs the parties to review my Model Confidentiality Stipulation and Proposed Protective Order. As stated in Rule 1(J) of my Individual Practices, absent good cause, the parties shall not deviate from the model stipulated confidentiality agreement. Therefore, the parties should be prepared to discuss with specificity what portions, if any, of my model confidentiality agreement should be amended and why good cause exists for such proposed amendments.

The Clerk of the Court is instructed to terminate the letter motion Doc. 111.

**SO ORDERED.**

Dated: New York, New York
       April 14, 2020

_____
Philip M. Halpern
United States District Judge