UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SAMUEL INDIG, et al.,

                Plaintiffs,

v.                                                                                   ORDER

VILLAGE OF POMONA, et al.,                            18-CV-10204 (PMH)

                Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      Please be advised that the Case Management Conference scheduled for May 4, 2020 at 10:00 a.m. will be he telephonically. At the time of the scheduled conference, counsel shall call: (888) 398-2342; access code 3456831.

                                              **SO ORDERED.**

Dated: New York, New York
          April 29, 2020

                                            _____
                                            Philip M. Halpern
                                            United States District Judge