UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SAMUEL INDIG, LEAH INDIG, MEIR
KAHANA, ROBERT KLEIN, and NAFTALI
KLEIN,

                      Plaintiffs,                        **NOTICE OF APPEARANCE**

      -against-                                  Index No.: 18-cv-10204 (VB)

THE VILLAGE OF POMONA, BRETT
YAGEL, LOUIS ZUMMO, LEON HARRIS
and DORIS ULMAN,

                      Defendants.
------------------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that Kenneth E. Pitcoff, of the law firm of Morris Duffy Alonso & Faley, appears for defendant, VILLAGE OF POMONA, and that a copy of all notices and other papers herein are to be served upon the undersigned.

Dated:   New York, New York
          April 30, 2020

                                                Yours, etc.,

                                                MORRIS DUFFY ALONSO & FALEY

                                                *Kenneth E. Pitcoff*
                        By:  _____
                                                KENNETH E. PITCOFF
                                                *Attorneys for Defendant, Village of Pomona*
                                                101 Greenwich Street, 22nd Floor
                                               New York, New York 10006
                                               Tel: (212) 766-1888

TO:   SCHLAM STONE & DOLAN, LLP
       *Attorneys for Plaintiffs*
       26 Broadway
       New York, New York 10004
       Tel: (212) 344-5400