UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SAMUEL INDIG, LEAH INDIG, MEIR
KAHANA, ROBERT KLEIN, and NAFTALI
KLEIN,

                        Plaintiffs,              **NOTICE OF APPEARANCE**

       -against-                        Index No.: 18-cv-10204 (VB)

THE VILLAGE OF POMONA, BRETT
YAGEL, LOUIS ZUMMO, LEON HARRIS
and DORIS ULMAN,

                        Defendants.
------------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that Michael A. Czolacz, of the law firm of Morris Duffy Alonso & Faley, appears for defendant, VILLAGE OF POMONA, and that a copy of all notices and other papers herein are to be served upon the undersigned.

Dated:  New York, New York
         April 30, 2020

                                                Yours, etc.,

                                                MORRIS DUFFY ALONSO & FALEY

                                                *Michael A. Czolacz*
                           By:   _____
                                  MICHAEL A. CZOLACZ
                                  *Attorneys for Defendant, Village of Pomona*
                                  101 Greenwich Street, 22nd Floor
                                  New York, New York 10006
                                  Tel: (212) 766-1888

TO:    SCHLAM STONE & DOLAN, LLP
         *Attorneys for Plaintiffs*
         26 Broadway
         New York, New York 10004
         Tel: (212) 344-5400