UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SAMUEL INDIG, LEAH INDIG, MEIR
KAHANA, ROBERT KLEIN, and NAFTALI
KLEIN,

                Plaintiffs,   **NOTICE OF APPEARANCE**

      -against-   Index No.: 18-cv-10204 (VB)

THE VILLAGE OF POMONA, BRETT
YAGEL, LOUIS ZUMMO, LEON HARRIS
and DORIS ULMAN,

                Defendants.
------------------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that Jonathan A. Tand, of the law firm of Morris Duffy Alonso & Faley, appears for defendant, VILLAGE OF POMONA, and that a copy of all notices and other papers herein are to be served upon the undersigned.

Dated:  New York, New York
         April 30, 2020

                              Yours, etc.,

                              MORRIS DUFFY ALONSO & FALEY

                              *Jonathan A. Tand*
                By:  _____
                              JONATHAN A. TAND
                              *Attorneys for Defendant, Village of Pomona*
                              101 Greenwich Street, 22nd Floor
                              New York, New York 10006
                              Tel: (212) 766-1888

TO:  SCHLAM STONE & DOLAN, LLP
      *Attorneys for Plaintiffs*
      26 Broadway
      New York, New York 10004
      Tel: (212) 344-5400