UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

SAMUEL INDIG, et al.,

                      Plaintiffs,

v.                                             **ORDER**

VILLAGE OF POMONA, et al.,              18-cv-10204 (PMH)

                      Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

On August 4, 2020, the Court held a telephonic conference to discuss Plaintiffs' request for permission to supplement their Amended Complaint pursuant to Fed. R. Civ. P. 15(d). The pre-motion conference was adjourned until August 12, 2020 at 12:00 p.m. At the time of the scheduled conference all parties shall call (888) 398-2342; access code: 3456831. The Court will also address the parties' joint request to extend discovery deadlines during the August 12, 2020 conference.

If leave to supplement Plaintiff's Amended Complaint is granted, proposed ¶ 141 shall be removed as it contains privileged information. *See TAL Properties of Pomona v. Village of Pomona*, 19-CV-6838, Dkt. 98 (July 27, 2020).

Prior to the August 12, 2020 conference, the parties are directed to meet and confer to discuss a proposed order and stipulation as discussed during the August 4, 2020 conference.

                                                        **SO ORDERED:**

Dated: New York, New York
          August 4, 2020

                                            Philip M. Halpern
                                            United States District Judge