

101 G<small>REENWICH</small> S<small>TREET</small>
22<small>ND</small> F<small>LOOR</small>
N<small>EW</small> Y<small>ORK</small>, N<small>EW YORK</small>10006
(212) 766-1888
F<small>AX</small> (212) 766-3252
WWW.MDAFNY.COM

August 26, 2020

**VIA: ECF**
The Honorable Philip M. Halpern
United States District Courthouse
500 Pearl Street, Room 1950
New York, New York 10007

     Re:    **INDIG, et al. v. VILLAGE OF POMONA, et al.**
            18-cv-10204 (PMH)

Dear Judge Halpern:

     We write this letter jointly on behalf of all parties. Since our last conference with the Court, counsel for all parties have met and conferred. All sides have agreed to exchange pertinent information concerning the inspection of plaintiff Klein's property in the next few days and to reconvene either later this week or early next week.

                                     Respectfully submitted,
                                     *Kenneth E. Pitcoff*
                                   KENNETH E. PITCOFF, ESQ.

Cc: All Parties of Record via ECF