Case 7:18-cv-10204-PMH Document 160 Filed in NYSD on 11/05/2020 Page 1 of 2



**Janine A. Mastellone**
914.872.7230 (direct)
Janine.Mastellone@wilsonelser.com

November 5, 2020

*<u>Via ECF</u>*

The Honorable Judge Phillip Halpern
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

RE: Indig v. Village of Pomona
*Case No. 7:18-cv-10204 (PMH)*
<u>Our file: 00295.12686</u>

---

> Plaintiffs' Application for a Temporary Restraining Order and Preliminary Injunction is denied as moot. The Clerk is instructed to terminate ECF No. 153.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern, U.S.D.J.
>
> Dated: New York, NY
> November 9, 2020

---

Dear Judge Halpern:

Please allow this joint letter from the defendants to provide you with an update on the status of this matter. Pursuant to your Order, an inspection of Mr. Klein's residence at 63 Halley Drive, Pomona, New York was conducted this morning by Mr. Zummo with counsel present. Fusco Engineering did not appear for the inspection. Based upon the inspection, the Stop Work Order from October 2017 is lifted. We have notified plaintiff's counsel.

The "pass" card for the inspection will be available at the Village Hall by tomorrow, November 6, 2020. Additionally, there are some items, which were noted that will need to be remedied; however, these do not effect the lifting of the Stop Work Order. A list will be provided with the "pass" card for the inspection. As Mr. Klein moves forward with the construction, including remedying the items on the list, counsel should advise us in writing when the premises is ready for another inspection. Thank you.

1133 Westchester Avenue • White Plains, NY 10604 • p 914.323.7000 • f 914.323.7001

Albany • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston • Kentucky • Las Vegas • London
Los Angeles • Miami • Michigan • Milwaukee • New Jersey • New Orleans • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Virginia
Washington, DC • West Palm Beach • White Plains

wilsonelser.com

8516365v.1



Very truly yours,

Wilson Elser Moskowitz Edelman & Dicker LLP

Janine A. Mastellone

CC:

    Daniel Ashburn G. Ashburn, Esq. (e-mail:dashburn.ga@gmail.com)
    Albert Levy, Esq., (e-mail:aalesq@gmail.com)
    Kenneth E. Pitcoff, Esq., (e-mail: kpitcoff@mdafny.com)

8516365v.1