UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SAMUEL INDIG, LEAH INDIG, MEIR KAHANA, ROBERT KLEIN, and NAFTALI KLEIN,

                Plaintiffs,

      -against-

THE VILLAGE OF POMONA, BRETT YAGEL, LOUIS ZUMMO, LEON HARRIS, DORIS ULMAN, and IAN BANKS,

                Defendants.
------------------------------------------------------------------X

**[PROPOSED] ORDER WITHDRAWING AS COUNSEL FOR DEFENDANT IAN BANKS**

18-cv-10204 (PMH)

      **IT IS HEREBY ORDERED** that, upon the letter motion filed by Kenneth E. Pitcoff on January 21, 2021, and a telephonic status conference held on February 10, 2021, the firm of Morris Duffy Alonso & Faley is hereby relieved as counsel for defendant Ian Banks.

      **IT IS HEREBY FURTHER ORDERED** that within thirty (30) days of this Order, defendant Ian Banks shall obtain counsel or appear *pro se*.

SO ORDERED:

_____
PHILIP M. HALPERN
United States District Court Judge

Dated: New York, NY
        February 11, 2021