UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SAMUEL INDIG, LEAH INDIG, MEIR  :
KAHANA, ROBERT KLEIN, and NAFTALI :
KLEIN,                           :          7:18-cv-10204 (JCM)
                                 :
        Plaintiffs,              :          **DECLARATION OF**
                                 :          **DANIEL G. ASHBURN**
  -against-                     :
                                 :
THE VILLAGE OF POMONA, BRETT YAGEL, :
LOUIS ZUMMO, LEON HARRIS, DORIS  :
ULMAN and IAN BANKS,             :
                                 :
        Defendants.              :
-------------------------------------------------------------X

DANIEL G. ASHBURN, ESQ. declares pursuant to 28 U.S.C. § 1746:

1. I am an attorney licensed to practice in the State of Georgia and the State of Israel, and I am admitted *pro hac vice* in this action. I make this declaration on behalf of Plaintiffs in order to place before the Court certain materials in opposition to Defendants' Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56.

2. The following is a table of exhibits attached to this affirmation cited in Plaintiffs' Opposition to Defendants' Rule 56.1 Statement and Plaintiffs' Counterstatement filed in opposition to Defendants' Motion for Summary Judgment:

| Exhibit No. | Bates Number | Description |
|---|---|---|
| Exhibit 1 | | 60 Halley Drive - 2/9/16 Appearance Ticket for "House of Worship" |
| Exhibit 2 | | 60 Halley Drive - 7/20/16 Appearance Ticket |
| Exhibit 3 | | Declaration of Robert Klein (without Exhibits) |
| Exhibit 4 | | Deposition of Noreen Shea – 8/30/19 |
| Exhibit 5 | | Deposition of Louis Zummo – 9/4/19 |
| Exhibit 6 | | Affidavit of Noreen Shea -6/9/20 |
| Exhibit 7 | | Transcript of Ruling Denying Summary Judgment in Shea v. Village of Pomona – 1/11/19 |
| Exhibit 8 | | USA Exhibit – Affidavit of Rabbi Moshe Berger (USA v Airmont) |
| Exhibit 9 | SHEA/INDIG-000051 | Email |

| Exhibit 10 | P000986 | Email |
| Exhibit 11 | P001438 | Email |
| Exhibit 12 | P001439 | Email |
| Exhibit 13 | PLTF_0001664-0001667 | DHR Summary of Ian Banks Interview (highlights added) |
| Exhibit 14 | PLTF_0001860 | Osborn Letter – 11/14/17 |
| Exhibit 15 | PLTF_0001926 | Email |
| Exhibit 16 | PLTF_0001927 | Email |
| Exhibit 17 | PLTF_0001962-0001968 | Email |
| Exhibit 18 | PLTF_0001974 | Email |
| Exhibit 19 | PLTF_0001976-0001987 | Klein ZBA Application - 2017 |
| Exhibit 20 | PLTF_0002014 | Celentano Cover Memo – 12/5/17 |
| Exhibit 21 | PLTF_0002027 | Celentano Cover Memo – 11/16/17 |
| Exhibit 22 | PLTF_0002128-0002129 | Zummo Letter – 10/3/17 |
| Exhibit 23 | PLTF_0002140-0002142 | Klein Appearance Ticket – 11/4/16 |
| Exhibit 24 | PLTF_0002187-0002188 | Klein Permit Application – 11/4/16 |
| Exhibit 25 | PLTF_0002282-0002283 | DOS Decision – 4/14/20 |
| Exhibit 26 | VILLAGE_000138-000139 | Email |
| Exhibit 27 | VILLAGE_000169-000170 | Email |
| Exhibit 28 | VILLAGE_000243-000244 | Email |
| Exhibit 29 | VILLAGE_000261 | Email |
| Exhibit 30 | VILLAGE_000281-000282 | Email |
| Exhibit 31 | VILLAGE_000448 | Email |
| Exhibit 32 | VILLAGE_000471 | Email |
| Exhibit 33 | VILLAGE_000492-000493 | Email |
| Exhibit 34 | VILLAGE_001076 | Shea DHR Determination of Probable Cause – 6/12/18 |
| Exhibit 35 | VILLAGE_001082-1089 | Shea Final Investigation Report and Basis of Determination – 6/4/18 |
| Exhibit 36 | VILLAGE_001707 | Email |
| Exhibit 37 | VILLAGE_001711-001713 | Email |
| Exhibit 38 | VILLAGE_001723-001726 | Email |
| Exhibit 39 | VILLAGE_001755 | Event Notice |
| Exhibit 40 | VILLAGE_001899 | Building Permit Report – 12/2016 |
| Exhibit 41 | VILLAGE_002053 | Klein Stop Work Order Placard – 6/30/16 |
| Exhibit 42 | VILLAGE_002232 | Email |
| Exhibit 43 | VILLAGE_002403-2404 | Email |
| Exhibit 44 | VILLAGE_002405 | Email |
| Exhibit 45 | VILLAGE_002406-002407 | Email |
| Exhibit 46 | VILLAGE_002417-2418 | Email |
| Exhibit 47 | VILLAGE_002421 | Email |
| Exhibit 48 | VILLAGE_002489-2491 | Email |
| Exhibit 49 | VILLAGE_003019-3020 | Email |
| Exhibit 50 | VILLAGE_003384.1102-1103 | Email |
| Exhibit 51 | VILLAGE_003384.1106-1107 | Email |
| Exhibit 52 | VILLAGE_003384.1108 | Email |
| Exhibit 53 | VILLAGE_003384.1112 | Email |

| Exhibit 54 | VILLAGE_003384.1115 | Email |
| Exhibit 55 | VILLAGE_003384.1168 | Email |
| Exhibit 56 | VILLAGE_003384.1201-1203 | Email |
| Exhibit 57 | VILLAGE_003384.1365-1366 | Email |
| Exhibit 58 | VILLAGE_003384.1531 | Email |
| Exhibit 59 | VILLAGE_003682 | Event Notice |
| Exhibit 60 | VILLAGE_004880-004881 | Indig Stop Work Order – 9/27/17 |
| Exhibit 61 | VILLAGE_005270-005271 | Calendar and Notes – 10/24/17 (**NOTE**: Incorrectly identified as VILLAGE_005246-005247 on Plaintiffs' Counterstatement ¶ 225) |
| Exhibit 62 | VILLAGE_006002-006023 | Indig ZBA Application – 12/2/17 |
| Exhibit 63 | VILLAGE_006052-006054 | Atty Letter – 11/20/17 |
| Exhibit 64 | VILLAGE_006060 | Inspection Card – 8/8/17 |
| Exhibit 65 | VILLAGE_006488 | Indig Appearance ticket dated 10/25/17 |
| Exhibit 66 | VILLAGE_006526 | Klein Appearance Ticket dated 7/31/17 |
| Exhibit 67 | VILLAGE_008246-008252 | Email |
| Exhibit 68 | VILLAGE_008293-8303 | BOT Minutes – 9/25/17 |
| Exhibit 69 | VILLAGE_008949-08951 | Klein Information Summons – 2/21/18 |
| Exhibit 70 | VILLAGE_009017 | Handwritten List – 11/3/17 |
| Exhibit 71 | VILLAGE_009050 | Email |
| Exhibit 72 | VILLAGE_009170 | Indig Stop Work Order – 9/27/17 |
| Exhibit 73 | VILLAGE_009204-009205 | Indig Permit Application – 7/8/16 |
| Exhibit 74 | VILLAGE_009905-9906 | Obe Inspection – 12/18/13 |
| Exhibit 75 | VILLAGE_009905-9906 | Obe Inspection – 12/5/13 |
| Exhibit 76 | VILLAGE_010382XL (Bates Number Does Not Appear) | Zummo Activity Report 12/15/15 to 11/25/16 |
| Exhibit 77 | VILLAGE_010383XL (Bates Number Does Not Appear) | Zummo Activity Report 8/17/15 to 9/14/15 |
| Exhibit 78 | VILLAGE_010384XL (Bates Number Does Not Appear) | Zummo Activity Report 9/28/15 to 10/26/15 |
| Exhibit 79 | VILLAGE_011289-011291 | Shea Verified HRD Complaint – 11/3/17 |
| Exhibit 80 | VILLAGE_011599 | Artha Letter – 3/22/17 |
| Exhibit 81 | VILLAGE_013268-013269 | Klein Permit Application – 11/4/16 |
| Exhibit 82 | VILLAGE_013270 | Klein Permit Placard – 12/19/16 |
| Exhibit 83 | VILLAGE_013288 | Indig Building Permit – 9/22/17 |
| Exhibit 84 | VILLAGE_013313 | Klein Permit Receipt – 7/1/16 |
| Exhibit 85 | VILLAGE_013314 | Klein ZBA Receipt – 7/8/16 |
| Exhibit 86 | VILLAGE_013422A | Indig Appearance Ticket – 11/3/17 |
| Exhibit 87 | VILLAGE_013491-013498 | Building Report |
| Exhibit 88 | VILLAGE_013517A | Indig Plan |
| Exhibit 89 | VILLAGE_013518A | Indig Plan |
| Exhibit 90 | VILLAGE_014292-014301 | BOT Minutes – 2/27/17 |
| Exhibit 91 | VILLAGE_014363A | ZBA Agenda – 7/27/16 |
| Exhibit 92 | VILLAGE_014424A | ZBA Minutes – 5/23/18 |

| Exhibit 93 | VILLAGE_015384 | Klein Inspection Card – 8/4/17 |
|---|---|---|
| Exhibit 94 | VILLAGE_015397 | Klein Appearance Ticket – 7/20/16 |
| Exhibit 95 | VILLAGE_015456-015459 | Email |
| Exhibit 96 | VILLAGE_015764-015765 | Calendar Page and Notes – 11/15/17 |
| Exhibit 97 | VILLAGE_015960-015966 | Klein Permit Application (10379) and Osborn 6/9/16 Plans |
| Exhibit 98 | VILLAGE_016420 | Indig 8/13/17 Plans – Marked Approved 8/14/17 |
| Exhibit 99 | VILLAGE_016496-016498 | Email |
| Exhibit 100 | VILLAGE_016501 | Zummo Activity Report – 1/25/16 to 2/22/16 |
| Exhibit 101 | VILLAGE_021014-021018 | Osborn 9/22/16 Plans |
| Exhibit 102 | VILLAGE_021029-021033 | Osborn 10/24/17 Plans |
| Exhibit 103 | YAGEL00105-00106 | Email |
| Exhibit 104 | YAGEL00184-00185 | Email |
| Exhibit 105 | YAGEL00188 | Email |
| Exhibit 106 | YAGEL00205 | Email |
| Exhibit 107 | YAGEL00260 | Email |
| Exhibit 108 | YAGEL00265-00266 | Email |
| Exhibit 109 | YAGEL00272 | Email (NOTE: Incorrectly identified as YAGEL00282 on Plaintiffs' Counterstatement ¶ 142) |
| Exhibit 110 | YAGEL00281 | Email |
| Exhibit 111 | YAGEL00302-00303 | Email |
| Exhibit 112 | YAGEL00325-00326 | Email |
| Exhibit 113 | YAGEL00416 | Event Notice |
| Exhibit 114 | YAGEL00822 | Text Messages |
| Exhibit 115 | YAGEL00827 | Text Messages |
| Exhibit 116 | YAGEL00829-00833 | Text Messages |
| Exhibit 117 | YAGEL00923 | Text Messages |
| Exhibit 118 | YAGEL00924 | Text Messages |
| Exhibit 119 | YAGEL01023-01024 | Text Messages |
| Exhibit 120 | YAGEL01034 | Text Messages |
| Exhibit 121 | YAGEL01146 | Text Messages |
| Exhibit 122 | Zummo 00007 | Audio – 11/3/17 |
| Exhibit 123 | | Shea 9/27/16 Recording |
| Exhibit 124 | | Shea 10/05/17 Recording |
| Exhibit 125 | | Shea 2/1/17 Part 1 Recording |
| Exhibit 126 | | Shea 2/3/17 Part 1 Recording |
| Exhibit 127 | | Shea 2/3/17 Part 2 Recording |
| Exhibit 128 | | Shea 2/6/17 Recording |
| Exhibit 129 | | Shea 2/10/17 Part 1 Recording |
| Exhibit 130 | | Shea 2/13/17 Recording |
| Exhibit 131 | | Shea 2/14/17 Part 1 Recording |
| Exhibit 132 | | Shea 3/1/17 Recording |
| Exhibit 133 | | Shea 3/3/17 Part 1 Recording |
| Exhibit 134 | | Shea 3/3/17 Part 2 Recording |
| Exhibit 135 | | Shea 3/31/17 Part 1 Recording |

| Exhibit 136 | | Facebook Posts – Mayor Brett Yagel 2/11/2023 to 2/16/2023 |

3. The above-referenced exhibits are true and correct copies of what they purport to be.

Dated: November 23, 2023.

         /S Daniel G. Ashburn
    Daniel G. Ashburn, Esq.