

## Division of Human Rights

NEW YORK STATE
DIVISION OF HUMAN RIGHTS

NEW YORK STATE DIVISION OF
HUMAN RIGHTS on the Complaint of

NOREEN SHEA,

                Complainant,

v.

VILLAGE OF POMONA,

                Respondent.

DETERMINATION AFTER
INVESTIGATION

Case No.
10190879

Federal Charge No. 16GB800346

    On 11/3/2017, Noreen Shea filed a verified complaint with the New York State Division of Human Rights ("Division"), charging the above-named Respondent with an unlawful discriminatory practice relating to employment because of creed in violation of N.Y. Exec. Law, art. 15 ("Human Rights Law").

    After investigation, the Division has determined that it has jurisdiction in this matter and that <u>PROBABLE CAUSE</u> exists to believe that the Respondent has engaged in or is engaging in the unlawful discriminatory practice complained of.

    Pursuant to the Human Rights Law, this matter is recommended for public hearing. The parties will be advised of further proceedings.

Dated:    June 12, 2018
             White Plains, New York

STATE DIVISION OF HUMAN RIGHTS

By: _____
Linda Fenstermaker
Regional Director

RECEIVED
JUN 15 2018
VILLAGE OF POMONA

VILLAGE_001076