# EXHIBIT 122

## Audio Recording – To Be Provided Separately to Court