# EXHIBIT 124

# Audio Recording – To Be Provided Separately to Court