UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SAMUEL INDIG, LEAH INDIG, MEIR KAHANA
ROBERT KLEIN and NAFTALI KLEIN,

                          Plaintiffs,                      **ORDER**

                         -against-                      18 Civ. 10204 (JCM)

THE VILLAGE OF POMONA, BRETT YAGEL,
LOUIS ZUMMO, LEON HARRIS, DORIS
ULMAN and IAN BANKS,

                          Defendants.
------------------------------------------------------------X

        Defendants the Village of Pomona, Brett Yagel, Louis Zummo, Leon Harris, Doris Ulman and Ian Banks filed a motion for summary judgment in this action on September 15, 2023. (Docket Nos. 261, 262) (the "Motion"). Plaintiffs Samuel Indig, Leah Indig, Meir Kahana, Robert Klein and Naftali Klein opposed the Motion on November 22, 2023, (Docket Nos. 270, 271), and Defendants replied on December 11, 2023, (Docket No. 275).

        Pursuant to Rule 2(B) of the undersigned's Individual Practices, "[c]ourtesy copies of all motion papers, marked as such, shall be submitted to chambers at the time the papers are served[,] . . . [and] all courtesy copies must bear proof of electronic filing." Neither party complied with this rule, as Defendants' courtesy copies do not bear "proof of electronic filing" on each page, and the Court has not received courtesy copies of Plaintiffs' filings in any form. Furthermore, Plaintiffs' opposition papers reference numerous audio files, (*see, e.g.*, Docket No. 272, Exs. 122-35), that have not been provided to the Court.

        Accordingly, by April 26, 2024, the parties shall jointly submit courtesy copies of all filings made in support or in opposition to the Motion, as well as copies of the audio files

referenced by Plaintiffs (or certified transcriptions of thereof). The courtesy copies of each filing shall be provided in separate binders, with exhibits clearly delineated by numerical tabs.

Dated: April 19, 2024
       White Plains, New York

SO ORDERED:

_____
JUDITH C. McCARTHY
United States Magistrate Judge