UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SAMUEL INDIG, LEAH INDIG, ROBERT KLEIN,
and NAFTALI KLEIN,

                        Plaintiffs,

                                                                               18-cv-10204 (JCM)

        -against-

THE VILLAGE OF POMONA, BRETT
YAGEL, LOUIS ZUMMO, and LEON HARRIS,

                        Defendants.
------------------------------------------------------------------X

## PLAINTIFFS' EXHIBIT LIST

      Plaintiffs' Exhibit List (with Defendants' objections) is attached to this pleading as "**Attachment A**." Plaintiffs reserve the right to introduce deposition transcripts and exhibits thereto or any other sworn statements, if necessary. Plaintiffs also reserve the right to introduce any exhibits identified on Defendants' trial exhibit list.

Dated: December 10, 2024        Respectfully submitted,

                                          By:    *Daniel Ashburn*
                                                    Daniel G. Ashburn, Esq.
                                                    ASHBURN LAW OFFICE, PLLC
                                                    *Attorney for Plaintiffs*
                                                    1300 Carolyn Drive
                                                    Atlanta, Georgia 30329
                                                    Tel: (404) 939-1323
                                                    dashburn.ga@gmail.com

                                                    Michael Sussman, Esq.
                                                    SUSSMAN & GOLDMAN
                                                    *Attorney for Plaintiffs*
                                                    1 Railroad Avenue, Ste. 3
                                                    Goshen, NY 10924
                                                    sussman1@sussman.law
                                                    845-294-3991