> **SO ORDERED:**
> Plaintiffs and Defendants are directed to respond to this motion by close of business February 27, 2025.
>
> *Judith C. McCarthy*  2-26-25
> JUDITH C. McCARTHY
> United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------

SAMUEL INDIG, LEAH INDIG, ROBERT KLIEN, NAFTALI KLIEN,

                        Plaintiffs,

-against-

THE VILLAGE OF POMANA, BRETT YAGEL, LOUIS ZUMMO, AND LEON HARRIS,

                        Defendants.

---------------------------------------------------------X

Case No.: 18-cv-10204 (JCM)

The Honorable Judith C. McCarthy, U.S.M.J.

## THE TRAVELERS INDEMNITY COMPANY'S NOTICE OF MOTION TO INTERVENE

**PLEASE TAKE NOTICE** that on a date and time determined by the Court, Proposed Intervenor, Travelers Insurance Company ("Travelers"), by and through its undersigned counsel, will move before the Honorable Judith C. McCarthy, U.S.M.J., United States District Court, Southern District of New York, The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas St., White Plains, NY 10601-4150, pursuant to Fed. R. Civ. P. 24(b) to intervene in this action for the limited purposes of: (1) submitting special interrogatories to the jury and/or supplementing the verdict form to allocate damages; and (2) request adoption of Paragraph Nos. 22, 26, 30, and 31 of Defendants' proposed jury instructions.

**PLEASE TAKE FURTHER NOTICE** that, that, in support of the aforementioned motion, Travelers will rely upon the enclosed Memorandum of Law, and Declaration of Gene Y. Kang with Exhibits A-D submitted herewith.

Dated: February 25, 2025

                                           Respectfully submitted,
                                           **RIVKIN RADLER LLP**

                                           *s/ Gene Y. Kang*
                                           Gene Y. Kang
                                           25 Main Street, Suite 501
                                           Court Plaza North
                                           Hackensack, New Jersey 07601
                                           P: (201) 287-2489
                                           F: (201) 489-0495
                                           gene.kang@rivkin.com

                                           -and-

                                           477 Madison Avenue
                                           New York, New York 10022
                                           P: (212) 455-9555
                                           F: (212) 687-9044

                                           *Attorneys for Proposed Intervenor,*
                                           *Travelers Indemnity Company*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 25, 2025, I caused a copy of The Travelers Indemnity Company's Notice of Motion to Intervene, Memorandum of Law and Declaration of Gene Y. Kang with Exhibits A-D, to be served upon all counsel of record for the parties herein through the Court's CM/ECF system.

Dated: February 25, 2025

                                           *s/ Gene Y. Kang*
                                           Gene Y. Kang